Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME D. ALVAREZ,<br><br>         Plaintiff,<br><br>     v.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1-100,<br><br>         Defendants.<br>_____/ | Case No. CIV. S-04-2024 DFL JFM<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE, AND ORDER THEREON** |

   Pursuant to the settlement between the parties, they hereby stipulate through their undersigned counsel that this action be dismissed with prejudice, each side to bear its own costs and attorneys fees.

   IT IS SO STIPULATED

Dated: July 25, 2005.                    McQUAID BEDFORD & VAN ZANDT, LLP


                                         By: /s/ Robert L. Zaletel_____ _
                                             Robert L. Zaletel
                                             Attorneys for Defendant
                                             UNION PACIFIC RAILROAD COMPANY


Dated: July 25, 2005.                    LEO F. DONAHUE, INC.


                                         By: /s/  Leo F. Donahue_____
                                             Leo F. Donahue
                                             Attorneys for Plaintiff
                                             JAIME D. ALVAREZ

1

**ORDER**

Pursuant to the stipulation of the parties, the action is hereby dismissed with prejudice.

DATED: August 3, 2005             /s/ Frank C. Damrell Jr.
                                  U.S. District Judge
                                  For the Honorable David F. Levi

